PD-0290-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 8/10/2015 12:00:00 Al
Accepted 8/10/2015 8:34:06 Al
ABEL ACOST.
CLER

## No. PD-0290-15

In the

## Court of Criminal Appeals
## Of the State of Texas



## MOTION TO EXTEND TIME TO FILE APPELLANT'S PDR BRIEF

### (8-9-2015)

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes John Dennis Clayton Anthony, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 287th Judicial District Court of Bailey County, Texas on May 21, 2015.

2. The case below was styled the STATE OF TEXAS vs. JOHN DENNIS CLAYTON ANTHONY, and numbered 2557.

3. Appellant was convicted of Sexual Assault of a Child, as a Felony offense.

4. Appellant was finally assessed a sentence of confinement for life in the Institutional Division of TDCJ.

5. The ruling of the Trial Court was overturned by the Seventh Court of Appeals in the opinion (to be) published: *Anthony v. State*, **07-13-00089**-CR, (Tex. App. – Amarillo – 2015).

6. The State filed for a Petition for Discretionary Review on March 18, 2105.

7. PDR was granted on May 20, 2015.

8. State's Brief on the Merits for the PDR was filed on June 15, 2015.

9. Upon receiving the State's Brief on the Merits, the Appellant created and presented to this Honorable Court with two separate substantive Motions to Supplement the record in this case. Each requested the inclusion of materials not included in the records. These materials are relevant to the Defense and directly responsive to the State's contentions. These motions were filed on June 30, 2015.

10. This Honorable Court denied both motions on July 9, 2015.

11. Appellate Counsel filed a brief to Extend Time for filing which was granted. Counsel mistakenly believed the extension was to August 14, 2015 when it was only to August 4, 2015.

12. The Defense Brief on the Merits was presently due as of August 4, 2015.

13. Appellant requests an extension of time till NOW to allow the filing and consideration the required Appellant's Brief.

14. Appellant's Brief on the Merits is being filed contemporaneously with this motion as required by this Honorable Court's notice.

14 Counsel for the Appellant has consulted with the State's Attorney, Ms. McMinn, who is not opposed to this Motion.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

*Troy Bollinger previously filed a Motion to Extend Time for thirty (30) days which was granted, but for less than thirty days. Counsel mistakenly believed the new deadline to be August 14, 2105. The error was brought to our attention by the notice from this Honorable Court. Counsel immediately contacted the Clerk of the Court and notified them of the dilemma.*

*In addition to that mistake, there were two specific issues which contributing to needing a bit of extra time.*

*The Advanced Criminal Law Seminar was this month which required Counsel to be out of office and out of town for most of a week. This would not have been an issue __had__ the deadline been August 14, 2015 (as Counsel believed) but is significant in light of the shorter deadline.*

*Additionally, Counsel has had an enveloping and unavoidable time sink that was not of my doing. Counsel is currently preferentially set to try a Murder at the end of the month. Counsel is the second attorney on the case and the Defendant has been continuously incarcerated for two years. Within the last ten days it was revealed to the Defense that DNA evidence recovered at the time of the alleged incidents was never submitted for analysis. As you must understand, this took "a bit" of time and attention right now. This unforeseen issue, NOT caused by Counsel, would constitute good grounds for requesting a brief extension.*

*Defense Brief is done and being filed today.*

12. This request is made not for the purpose of delay, but to see that justice is done.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other as the Court may deem appropriate.

Respectfully submitted,


By: */s/ TROY BOLLINGER*


Troy Bollinger


State Bar ID Number: 24025819
600 Ash Street
Plainview, TX, 79072
Telephone: 806-293-2618
Facsimile: 806-293-8802
troy@laneybollinger.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

Pursuant to **Tex. R. App. Pro. R. 9.5(a) & (e) and 68.11**, I certify that on or before August 9, 2015, Appellate Counsel served a copy of the attached document to the District Attorney's Office for Bailey County and the State's Assistant Prosecuting Attorney, and mailed a copy to Appellant, John Dennis Clayton Anthony.

*/s/ Troy Bollinger .*

*TROY BOLLINGER*
*Counsel for the Appellant*